S. RAUH & CO. v. GUINZBURG. (Circuit Court of Appeals, Second Circuit. April 30, 1900.) No. 72. Appeal from the Circuit Court of the United States for the Southern District of New York. Allan D. Kenyon, for appellant. James A. Hudson, for appellee. Before WALLACE, Circuit Judge, and THOMAS, District Judge. No opinion. Order affirmed, on opinion of court below. 95 Fed. 151.

UNITED STATES v. BOARD OF SUP'RS OF COPIAH COUNTY, MISS. (Circuit Court of Appeals, Fifth Circuit. May 23, 1900.) No. 923. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. A. M. Lea, for the United States. J. S. Sexton and R. N. Miller, for appellee. Dismissed.

ALLISON v. NEW YORK LIFE INS. CO. (Circuit Court, S. D. New York. March 27, 1900.) At Law. On motion for new trial. A. J. Dittenhoefer, for plaintiff. L. L. McCall, for defendant.

WHEELER, District Judge. As to some of the things for the conversion of which this action is brought, a verdict has been directed for the plaintiff; as to some, questions of fact were submitted to the jury, who have found as to part for the plaintiff and as to part for the defendant; and as to the residue, a verdict has been directed for the defendant. The verdict is special, showing the several amounts found for the articles by these classes. Exceptions were taken by the defendant to the rulings upon which the verdict was directed and the questions were submitted, but none as to the manner of submitting them; so the questions remaining are those of law arising upon the rulings, and those arising upon the evidence as to whether it warranted the several findings. None of the rulings upon which any branch of the verdict has been found appear to be so far out of the way as to warrant setting it aside, and compelling a new trial in that respect, before the exceptions can be heard; and no part of the verdict appears to be so contrary to the evidence, or the weight of the evidence, applicable as to warrant any conclusion that it has been reached otherwise than upon fair consideration of the evidence. The rights of the parties seem now to require nothing further in this court than a judgment on the verdict, and an allowance of the exceptions, for which more time may be necessary. Motion for a new trial overruled. Judgment on the verdict. Stay and term extended 30 days for filing exceptions.

WELSBACH LIGHT CO. v. R. MOMAND CO. et al. (Circuit Court, S. D. New York. February 2, 1900.) Motion for Preliminary Injunction. John R. Bennett, for the motion. George E. Cruse, opposed.

LACOMBE, Circuit Judge. Same order as in the Freeman Case (C. C.) 100 Fed. 298.